UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | : | |
| LAWRENCE CONDON, | : | |
| Plaintiff | : | CASE NO. |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LOCKHEED MARTIN CORP. | : | JUNE 23, 2026 |
| Defendant | : | |

### PETITION FOR REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

Defendant, Lockheed Martin Corp., by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby gives notice of the removal of this action pending in the Superior Court Judicial District of Hartford, Connecticut, to the United States District Court for the District of Connecticut. In support of removal, Defendant states as follows:

### The State Court Action

1.      On or about June 1, 2026, an action was commenced against Defendant in the Superior Court for the Judicial District of Fairfield, in the State of Connecticut, titled Lawrence Condon v. Lockheed Martin Corp., ("State Action."). No further proceedings have been had in the State Action. Copies of all process pleadings and orders that have been served upon Defendant in said action are annexed hereto as Exhibit A.

**<u>Grounds for Removal: Federal Question Jurisdiction</u>**

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441.

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that the federal district courts shall have jurisdiction over actions arising under federal law, because Plaintiff's Complaint asserts claims under the Age Discrimination in Employment Act (ADEA), which arise under the laws of the United States.

4. This Court further has supplemental jurisdiction over the claims asserted by Plaintiff under Connecticut state law pursuant to 28 U.S.C. § 1367 because such claims share a common nucleus of operative fact with the claims made under the Age Discrimination in Employment Act.

5. Therefore, this Court has jurisdiction over the claims made by Plaintiff and removal is appropriate.

6. The service of process on Defendant's agent on June 1, 2026 was Defendant's first receipt of any federal claims in the State Action. Thus, the Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Defendant's receipt of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

**<u>Compliance with Procedural Requirements</u>**

7. There are no other defendants in this case. Thus, no other defendants must join in or consent to the removal of this matter. *See* 28 U.S.C. § 1446(b)(2)(A).

8.      Pursuant to 28 U.S.C. § 1441(a), venue of the removed action is proper in the United States District Court for the District of Connecticut because the county from which the State Action is being removed lies within the State of Connecticut.

9.      Notice of this Petition will be filed promptly with the Superior Court for the Judicial District of Fairfield, as required by 28 U.S.C. § 1446(d).

### Conclusion

Having fulfilled all statutory requirements, Defendant Lockheed Martin Corp., removes this action to this Court from the Superior Court for the Judicial District of Fairfield, and requests that this Court assume jurisdiction over this matter as provided by law.

**DEFENDANT,**
**LOCKHEED MARTIN CORP.,**


By: */s/ James F. Shea*

James F. Shea (ct16750)
James.Shea@jacksonlewis.com
Thomas W. Moyher (ct29459)
Thomas.Moyher@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

3

## CERTIFICATION OF SERVICE

I hereby certify that on June 23, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Thomas W. Moyher*
Thomas W. Moyher